AWL:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22071-CIV-AHS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

$67,040.00 IN U.S CURRENCY SEIZED
FROM A SHOPPING BAG AND A
BACKPACK,

        Defendant.
_____/

## MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND CLAIMANT

The United States of America moves that the Court approve the Stipulation and Settlement Agreement between the United States and Claimant, Andres Mauricio Escorcia Martinez ("Escorcia"), filed of record at ECF No. 16. In support of its motion, the United States respectfully submits:

1. The United States filed a civil forfeiture action against the defendant property [ECF No. 1].

2. The United States published notice of the pending forfeiture [ECF No. 5] and also sent direct notice of the impending forfeiture to the counsel who represented Escorcia during the administrative part of the case

3. The only claimant to come forward has been Escorcia and the time period to file a claim, based on published notice, has expired and no claimant has come forward

pursuant to that publication.

4. Escorcia and the United States have entered into a Stipulation and Settlement Agreement, filed of record at ECF No. 16, in which, among other things, Escorcia is to receive part of the seized currency back, and the remainder of the currency is to be forfeited to the United States.

5. After Court approval of the indicated Stipulation and Settlement Agreement, the United States will move for the entry of an appropriate order.

6. Court approval of the Stipulation and Settlement Agreement at Docket Entry 16 is in the interest of justice.

**WHEREFORE**, for the foregoing reasons and for good cause shown, the United States requests that this Court grant the Motion to Approve Stipulation and Settlement Agreement between the United States and Claimant, Andres Mauricio Escorcia Martinez, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/Alison W. Lehr
Alison W. Lehr
Assistant U.S. Attorney
Florida Bar No. 444537
99 NE 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel.: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov