UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22071-CIV-SINGHAL

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

$67,040.00 IN U.S CURRENCY SEIZED
FROM A SHOPPING BAG AND A
BACKPACK,

        Defendant.
_____/

## ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND CLAIMANT

**THIS CAUSE** having come before the Court upon motion (DE [17]) of the United States of America for Approval of the Stipulation and Settlement Agreement between the United States and Claimant, Andres Mauricio Escorcia Martinez, filed of record at DE [16], and the Court having reviewed the agreement, the record in this case and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the United States' Motion for Approval of the Stipulation and Settlement Agreement (DE [17]) is **GRANTED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of February 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF